**Robert HICKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65168.**

Missouri Court of Appeals, Western District.

May 16, 2006.

Susan Lynn Hogan, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Daniel McPherson, Attorney General Office, Jefferson City, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and ROBERT G. ULRICH, Judge.

### ORDER

Robert Hicks appeals from the denial of his Rule 29.15 motion for ineffective assistance of counsel. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Judgment affirmed pursuant to Rule 84.16(b).